IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Danville Division

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

AUG 16 2007

JOHN F. CORCORAN, CLERK
BY: HMcDonald
DEPUTY CLERK

| | |
|---|---|
| PREFERRED REAL ESTATE INVESTMENTS, LLC, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No.: 4:07CV00026 ) |
| CT AND MT, LLC, | ) ) |
| and | ) ) |
| BMC ROCK, INC. | ) ) |
| and | ) ) |
| CURTIS THARPE | ) ) |
| Defendants. | ) ) |

## NOTICE OF DISMISSAL

Please take notice that, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil procedure, Plaintiff hereby dismisses this civil action with prejudice.

Respectfully submitted:

*[signature]*

Channing J. Martin (VSB No. 18887)
Stephen E. Baril (VSB No. 19604)
Samuel T. Towell (VSB No. 71512)
WILLIAMS MULLEN
Two James Center
1021 E. Cary Street, 17th Floor
Richmond, VA  23219
Tel: (804) 643-1991
Fax: (804) 783-6507

*Counsel for Plaintiff Preferred Real Estate Investments, LLC*

1487307v4